**Motion Granted and Order filed May 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00960-CR
_____

**JONATHAN DAVID CROOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1809533**

---

## ORDER

On May 14, 2013, appellant moved to supplement the appellate record with an original exhibit. The motion is granted.

The clerk of County Criminal Court at Law No. 2 is directed to deliver to the clerk of this court the original of Exhibit 1, a video recording, on or before **May 28, 2012.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit 1, a video

recording , to the clerk of County Criminal Court at Law No. 2.

PER CURIAM